445 A.2d 100

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Edward JOINES.**

**No. 80-3-366.**

Supreme Court of Pennsylvania.

Argued April 21, 1982.

Decided May 19, 1982.

Michael F. X. Coll, Asst. Dist. Atty., for appellant.

Howard E. Stine, III, Asst. Public Defender, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT, and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Appeal, 264 Pa.Super. 281, 399 A.2d 776, dismissed as having been improvidently granted.

LARSEN, McDERMOTT and HUTCHINSON, JJ., dissent.